

# In the Missouri Court of Appeals
## Eastern District

JANUARY 12, 2016

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1. ED101427    STATE OF MISSOURI, RES V LARON CRENSHAW, APP

2. ED102136 ROBERT L. BUNCH, JR., APP V STATE OF MISSOURI, RES

3. ED102580 LARRY SMITH, APP V STATE OF MISSOURI, RES